GEORGE R. NICHOLS *et al.*

*v.*

THE CITY OF CHICAGO.

*Opinion filed October 24, 1901.*

SPECIAL ASSESSMENTS—*ordinance should specify size and quality of flat stones for curb bedding.* An ordinance for curbing and paving a street should specify the size and quality of the "flat stones" upon which the curb-stones are to be bedded.

WRIT OF ERROR to the County Court of Cook county; the Hon. ORRIN N. CARTER, Judge, presiding.

WILLIAM F. CARROLL, for plaintiffs in error.

Per CURIAM: This is a special assessment proceeding brought by the defendant in error for curbing with curbstones, grading and paving West Madison street from Paulina street to Western avenue. The ordinance, under which the special assessment was levied, does not specify the size or quality of the flat stones, on which the curb-stones are to be bedded, and is objected to upon that ground. This objection was sustained in *Lusk* v. *City of Chicago*, 176 Ill. 207, and *Davidson* v. *City of Chicago*, 178 id. 582.

For the reasons stated in the above mentioned cases, the judgment of confirmation here is reversed, and the cause is remanded for further proceedings in accordance with the views expressed in those cases.

*Reversed and remanded.*